1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   EUN GRACE CHUNG, ESQ. (STATE BAR NO. 259766)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile:  (510) 452-5625
   E-mail: pypesq@aol.com
6
   Attorneys for Plaintiff
7  MARK K. SCHULTHIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. SCHULTHIES,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOSEPH W. DEELY, STEVEN SHELTON, and DOES 1 through 15 inclusive,<br><br>  Defendants. | NO. C08-5538 CW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |

The parties, having met and conferred by and through their respective counsel, hereby stipulate that the hearing date for Defendants' Motion to Dismiss, originally scheduled for June 4, 2009, may be rescheduled to July 16, 2009.  Good cause exists because counsel for Plaintiff is unavailable until May 29, 2009.

1   **IT IS SO STIPULATED.**

Dated: May 15, 2009                                  Respectfully Submitted,

                                                     PRICE AND ASSOCIATES

                                                     ___/s/_____.
                                                     PAMELA Y. PRICE, Attorneys for Plaintiff
                                                     MARK K. SCHULTHIES


Dated: May 15, 2009                                  JACKSON LEWIS LLP


                                                     By: ___/s/ *Dylan Carp*_____
                                                     DYLAN CARP, Attorney for Defendants
                                                     NATIONAL PASSENGER RAILROAD
                                                     CORPORATION dba AMTRAK, JOSEPH W.
                                                     DEELY, STEVEN SHELTON


**ORDER**


Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the hearing date for Defendants' Motion to Dismiss shall be continued to July 16, 2009.

        5/19/09                                      /s/ Claudia Wilken
Dated: _____                            _____
                                                     HONORABLE CLAUDIA WILKEN
                                                     U.S. DISTRICT COURT