1  | Patrick C. Mullin (State Bar No. 72041)
   | Dylan B. Carp (State Bar No. 196846)
2  | S. Christine Young (State Bar No. 253964)
   | JACKSON LEWIS LLP
3  | 199 Fremont Street, 10th Floor
   | San Francisco, California  94105
4  | Telephone:  (415) 394-9400
   | Facsimile:  (415) 394-9401
5  |
   | Attorneys for Defendants
6  | NATIONAL PASSENGER RAILROAD
   | CORPORATION, et al.
7  |

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK K. SCHULTHIES,                    | Case No.  C08-05538-CW
12 |                    Plaintiff,          | **STIPULATED REQUEST FOR ORDER
   |                                        | CHANGING TIME AND ORDER**
13 |          v.                            |
14 | NATIONAL PASSENGER RAILROAD            | Complaint Filed:    12/10/08
   | CORPORATION dba AMTRAK, JOSEPH W.      | Trial Date:          12/06/10
15 | DEELY, STEVEN SHELTON, and DOES 1      |
   | through 15 inclusive                   |
16 |                                        |
   |                    Defendants.         |
17 |

18
19         The parties, having met and conferred by and through their respective counsel,
20 hereby stipulate that the Court-connected mediation, originally scheduled to occur by June 22,
21 2009, may be continued by 40 days.  With this continuance, the mediation must occur by August
22 3, 2009.  Good cause exists because Defendants' Motion to Dismiss will not be heard until July
23 16, 2009.

24         IT IS SO STIPULATED.

25

26

27

28

1

**STIPULATED REQUEST FOR ORDER
CHANGING TIME**                                     Case No.  C08-05538-CW

1

2

DATED: June 16, 2009                              PRICE AND ASSOCIATES

3

4                                                 By:   _____

5                                                        Pamela Y. Price
                                                         Eun Grace Chung
6                                                        Attorneys for Plaintiff
                                                         MARK K. SCHULTHIES

7

8     Dated:  June 18, 2009                         JACKSON LEWIS LLP

9

10                                                By:   _____

11                                                       Patrick C. Mullin
                                                         Dylan B. Carp
12                                                       S. Christine Young
                                                         Attorneys for Defendants
13                                                       NATIONAL PASSENGER
                                                         RAILROAD
14                                                       CORPORATION, JOSEPH
                                                         DEELY, AND STEVEN
15                                                       SHELTON

16

17                                    **ORDER**

18           PURSUANT TO STIPULATION, IT IS SO ORDERED that the date by which the Court-

19    connected mediation must occur is continued by 40 days.

20
                          6/18/09
21    Dated: _____                          _____

22                                                Hon. Claudia Wilken
                                                  U.S. District Court Judge
23

24

25

26

27

28

                                          2

**STIPULATED REQUEST FOR ORDER**
**CHANGING TIME**                                 Case No.  C08-05538-CW