1  PAMELA Y. PRICE, ESQ. (STATE BAR NO.107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5  Email: pypesq@aol.com

6  Attorneys for Plaintiff
   MARK K. SCHULTHIES
7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 MARK K. SCHULTHIES,                    )   NO. C08-5538 CW
                                          )
14        Plaintiff,                      )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER TO ALLOW PLAINTIFF TO**
15 v.                                     )   **FILE SECOND AMENDED**
                                          )   **COMPLAINT**
16 NATIONAL PASSENGER RAILROAD            )
   CORPORATION dba AMTRAK, JOSEPH         )
17 W. DEELY, STEVEN SHELTON, and          )
   DOES 1 through 15, inclusive,          )
18                                        )
                                          )
19        Defendants.                     )
   _____)
20

21        The parties, by and through their respective counsel of record, stipulate that

22 Plaintiff MARK K. SCHULTHIES may file a Second Amended Complaint on or before September 21,

23 2009.  Defendants will have three (3) weeks after the filing of the Second Amended Complaint, up to

24 and including October 12, 2009, to answer or otherwise respond to said complaint.  Good cause exists

25 for said stipulation because counsel for the parties agree that certain proposed revisions to the First

26 Amended Complaint filed on August 31, 2009 (Doc. 31) by MR. SCHULTHIES may obviate the need

27 for a subsequent Motion to Dismiss by Defendants or for further amendments if a motion to dismiss is

28 granted.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2009 | PRICE AND ASSOCIATES |
| 2 | | |
| 3 | | /s/ *Pamela Y. Price* |
| | | PAMELA Y. PRICE  Attorneys for Plaintiff |
| 4 | | MARK K. SCHULTHIES |
| 5 | | |
| 6 | Dated: September 9, 2009 | JACKSON LEWIS LLP |
| 7 | | |
| 8 | | |
| 9 | | DYLAN CARP, Attorneys for Defendant |
| | | NATIONAL PASSENGER RAILROAD |
| 10 | | CORPORATION dba AMTRAK, and |
| | | JOE DEELY |

### ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff MARK K. SCHULTHIES may file a Second Amended Complaint on or before September 21, 2009. Defendants will have three (3) weeks after the filing of the Second Amended Complaint, up to and including October 12, 2009, to answer or otherwise respond to said complaint.

Dated: 9/14/09

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken