PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
TEL CARY-SADLER, ESQ. (STATE BAR NO. 236536)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
MARK K. SCHULTHIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. SCHULTHIES,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOSEPH W. DEELY, STEVEN SHELTON, and DOES 1 through 15 inclusive,<br><br>    Defendants. | NO. C08-5538 CW<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

The parties, having met and conferred by and through their respective counsel, hereby stipulate that the Court may issue an Order to move the hearing date for Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint in this action and enlarge the time for Plaintiff's Opposition Brief up to and including fourteen (14) days prior to the hearing. The parties agree that the hearing date scheduled for November 19, 2009, at 2:00 p.m., may be continued to December 3, 2009, at 2:00 p.m., and Plaintiff's Opposition Brief may be filed and

served up to and including fourteen (14) days prior to the hearing.  Good cause exists for this Stipulation and brief continuance of the hearing to allow Plaintiff additional time to prepare his Opposition Brief because after Defendants' motion was filed on October 9, 2009, Plaintiff's lead counsel was required to travel out of the country for a family obligation from October 20, 2009 to October 27, 2009.

**IT IS SO STIPULATED.**

Dated: October 28, 2009          PRICE AND ASSOCIATES

　　　　　　　　　　　　　　　　　/s/ *Pamela Y. Price*
　　　　　　　　　　　　　　　　PAMELA Y. PRICE, Attorneys for Plaintiff
　　　　　　　　　　　　　　　　MARK K. SCHULTHIES

Dated: October 28, 2009          JACKSON LEWIS LLP

　　　　　　　　　　　　　　　　　/s/ *Dylan Carp*
　　　　　　　　　　　　　　　　DYLAN CARP, Attorney for Defendants
　　　　　　　　　　　　　　　　NATIONAL RAILROAD PASSENGER
　　　　　　　　　　　　　　　　CORPORATION dba AMTRAK, JOSEPH W.
　　　　　　　　　　　　　　　　DEELY and STEVEN SHELTON

## ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the hearing date for Defendants' Motion to Dismiss shall be continued to December 17, 2009.  Plaintiff's Opposition Brief shall be e-filed by November 20, 2009.  Reply Dec. 3.

Dated: October 29, 2009

　　　　　　　　　　　　　　　　　_/s/ Claudia Wilken_
　　　　　　　　　　　　　　　　HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE