1  Patrick C. Mullin (State Bar No. 72041)
   Dylan B. Carp (State Bar No. 196846)
2  S. Christine Young (State Bar No. 253964)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California  94105
4  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
5
   Attorneys for Defendants
6  NATIONAL PASSENGER RAILROAD
   CORPORATION, et al.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARK K. SCHULTHIES, | Case No.  C08-05538-CW |
| 12         Plaintiff, | **SECOND STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE TO HOLD COURT-CONNECTED MEDIATION; ORDER** |
| 13         v. | |
| 14  NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOSEPH W. DEELY, STEVEN SHELTON, and DOES 1 through 15 inclusive | Complaint Filed:   12/10/08<br>Trial Date:             12/06/10 |
| 16         Defendants. | |

The parties, having met and conferred by and through their respective counsel, hereby stipulate and request that the Court-connected mediation deadline, currently set for December 1, 2009, be continued until February 5, 2010.  Good cause exists because the pleadings are not at issue as Defendants' Motion to Dismiss is pending and is currently scheduled to be heard December 17, 2009.

IT IS SO STIPULATED.

Dated:  November 18, 2009                           PRICE AND ASSOCIATES

                 By: s/ Pamela Y. Price
                   Pamela Y. Price
                   Tel Cary-Sadler
                   Attorneys for Plaintiff
                   MARK K. SCHULTHIES

Dated:  November 18, 2009                           JACKSON LEWIS LLP

                 By: s/ Dylan B. Carp
                   Patrick C. Mullin
_____    Dylan B. Carp
                   S. Christine Young
                   Attorneys for Defendants
                   NATIONAL PASSENGER
                   RAILROAD CORPORATION,
                   JOSEPH DEELY, AND STEVEN
                   SHELTON

## **ORDER**

IT IS HEREBY ORDERED that the Court-connected mediation deadline, currently set for December 1, 2009, shall be continued to February 5, 2010.

Dated:  11/25/09                                          _____
                   Hon. Claudia Wilken
                   U.S. District Court Judge

**STIPULATED REQUEST FOR ORDER CONTINUING DEADLINE FOR COURT-CONNECTED MEDIATION**
Case No.  C08-05538-CW