Patrick C. Mullin (State Bar No. 72041)
Dylan B. Carp (State Bar No. 196846)
S. Christine Young (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL PASSENGER RAILROAD
CORPORATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. SCHULTHIES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOSEPH W. DEELY, STEVEN SHELTON, and DOES 1 through 15 inclusive<br><br>Defendants. | Case No. C08-05538-CW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING HEARING AND BRIEFING ON DEFENDANTS' MOTION TO DISMISS; ORDER AS MODIFIED**<br><br>Complaint Filed: 12/10/08<br>Trial Date: 12/06/10 |

The parties, having met and conferred by and through their respective counsel, hereby stipulate and request that the Court issue an Order to move the hearing date for Defendants' Motion to Dismiss from December 17, 2009 to January 7, 2010, to extend the deadline for Plaintiff's Opposition Brief to 21 days before the Hearing, and to extend the deadline for Defendants' Reply Brief to 14 days before the Hearing. Good cause exists because Plaintiffs' counsel has been ill for a number of days.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 18, 2009 | PRICE AND ASSOCIATES |
| | By:     ___s/Pamela Y. Price_____<br>Pamela Y. Price<br>Attorneys for Plaintiff<br>MARK K. SCHULTHIES |
| Dated:  November 18, 2009 | JACKSON LEWIS LLP |
| | By:     ___s/Dylan B. Carp_____<br>Patrick C. Mullin<br>Dylan B. Carp<br>S. Christine Young<br>Attorneys for Defendants<br>NATIONAL PASSENGER RAILROAD CORPORATION, JOSEPH DEELY, AND STEVEN SHELTON |

### **ORDER**

IT IS HEREBY ORDERED that the Hearing on Defendants' Motion to Dismiss is vacated. The deadline for Plaintiff's Opposition Brief is December 17, 2009, and the deadline for Defendants' Reply Brief December 24, 2009. The motion will be decided on the papers.

Dated: 11/25/09

_____
Hon. Claudia Wilken
U.S. District Court Judge

**STIPULATED REQUEST FOR ORDER CONTINUING HEARING AND BRIEFING ON DEFENDANTS'  MOTION TO DISMISS**
Case No.  C08-05538-CW